**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DEBRA L. DUNN,**

        **Plaintiff,**

  vs.                                   Civil Action 2:07-CV-1275
                                            Judge Graham
                                            Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

        **Defendant.**

## ORDER

On January 16, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that this action be remanded to the Commissioner of Social Security for further consideration of plaintiff's complaints of pain and of the opinions of her treating physicians. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is **REVERSED** and this action is hereby **REMANDED** to the Commissioner of Social Security for further consideration of plaintiff's complaints of pain and of the opinions of her treating physicians.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                      S/ James L. Graham
                                                      James L. Graham
Date: Feb. 9. 2009                United States District Judge